### 1375.    BASS v. MASTERS & AGEE.

POWELL, J.  1. It is not good ground for the dismissal of a certiorari that the petition was not properly verified, if it has been sanctioned and the magistrate has answered verifying its recitals.    Willims v. Mangum, 119 Ga. 628 (46 S. E. 835).

2. A certiorari bond may be executed by an agent.  It will be presumed prima facie that one who has executed such bond as agent was duly authorized to do so, unless it affirmatively appears that the agency was created by an undisclosed power of attorney.  New York Life Ins. Co. v. Rhodes, 4 Ga. App. 25 (60 S. E. 828); Foley Mfg. Co. v. Bell, 4 Ga. App. 447 (61 S. E. 856).

3. There was no error in sustaining the certiorari and granting a new trial.                                                          Judgment affirmed.

Certiorari, from Muscogee superior court—Judge Martin.  August 4, 1908.

Submitted November 24,—Decided December 8, 1908.

H. C. Cameron, J. E. Chapman, for plaintiff in error.

Bowden & Goldstein, contra.

---

### 1388.    WELLS v. MILL-HAVEN COMPANY.

POWELL, J.  The case is controlled by the decision of the Supreme Court in the case of A., K. & N. R. Co. v Strickland, 114 Ga. 998 (41 S. E. 501).  The motion for new trial is still pending in the court below, and stands for hearing at the next regular term of that court.  Eady v. A. C. L. R. Co., 129 Ga. 363 (58 S. E. 895).

                                                          Judgment reversed.

Motion for new trial, from city court of Sylvania—Judge Boykin.  August 14, 1908.

Argued November 25,—Decided December 8, 1908.

E. K. Overstreet, A. M. Chapman, H. S. White, A. B. Lovett, for plaintiff in error.

Travis & Travis, W. L. Gignilliat, H. L. Howard, contra.